1
2
3
4
5
6
7
8                                   UNITED STATES DISTRICT COURT
9                                   EASTERN DISTRICT OF CALIFORNIA
10

11  | ARANZAZU PELAYO,                     | Case No. 1:23-cv-01320-JLT-CDB
12  |                  Plaintiffs,          | ORDER ON PARTIES' JOINT NOTICE OF SETTLEMENT
13  |      v.                               |
14  | DOLLAR TREE STORES, INC.,            | (Doc. 5)
15  |                  Defendant.           | ORDER TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE SANCTIONED FOR PRACTICING BEFORE THIS COURT WITHOUT ADMISSION
16
17
18                                           10-DAY DEADLINE
19

20      **Dispositional Documents**

21      On September 15, 2023, the parties filed a joint notice of settlement (signed by counsel for
22  both parties) in which they report they have reached a settlement in principle. (Doc. 55). The parties
23  report they are determining whether a statutory lien applies to Plaintiff and request that the Court set
24  the date for filing dispositional documents no sooner than December 15, 2023. *Id*.
25      Pursuant to Local Rule 160(b), "[u]pon such notification of disposition or resolution of an
26  action or motion, the Court shall fix a date upon which the documents disposing of the action or
27  motion must be filed, which date shall not be more than twenty-one (21) days from the date of said
28

1

notification, absent good cause." The Court may, on good cause shown, extend the time for filing the dispositional papers. *Id*.

Based on the parties' representations concerning statutory lien, the Court finds good cause exists for an extension of time within which the parties shall file dispositional documents.

**Plaintiff's Failure to Seek Admissions Before This Court**

When this action was removed from state court on September 6, 2023, the Clerk directed counsel for Plaintiff to apply for admission to this Court. (Doc. 3). Both that notice as well as the civil new case documents were returned to the Court as undeliverable on September 18, 2023. The Court has since updated counsel for Plaintiff's address.

The Court shall order counsel for Plaintiff to show cause in writing why sanctions should not be imposed for practicing before this Court without first seeking admissions.

**Conclusion and Order**

For good cause appearing, IT IS HEREBY ORDERED:

1. The parties are directed to file dispositional documents on or before December 15, 2023; and
2. The December 4, 2023, initial scheduling conference and all other dates and filing requirements are VACATED.

IT IS FURTHER ORDERED, within ten days of entry of this order, counsel for Plaintiff shall show cause in writing why sanctions should not be imposed for practicing before this Court without first seeking admissions. Plaintiff alternatively may comply with this Order by applying for admissions through PACER.gov.

IT IS SO ORDERED.

Dated: **September 19, 2023**  _____
UNITED STATES MAGISTRATE JUDGE